**Charles KRECK, Plaintiff-Appellee,**

v.

**James SPALDING, Defendant-Appellant.**

**No. 81–3106.**

United States Court of Appeals, Ninth Circuit.

Dec. 13, 1983.

Victor J. Felice, Mark Vovos, Vovos, Voermans & Murphy, Spokane, Wash., for plaintiff-appellee.

LeRoy C. Kinnie, Chief Deputy Pros. Atty., Spokane, Wash., for defendant-appellant.

ORDER

SCHROEDER, Circuit Judge.

The opinions filed April 13, 1983 are withdrawn. New opinions have been filed this day, 721 F.2d 1229.